# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Public Warehousing Company K.S.C. )     ASBCA No. 58088
)
Under Contract No. SPM300-05-D-3128 )

APPEARANCES FOR THE APPELLANT:        Michael R. Charness, Esq.
                                      Adrianne Goins, Esq.
                                      Elizabeth Krabill McIntyre, Esq.
                                      Ralph C. Mayrell, Esq.
                                        Vinson & Elkins L.L.P.
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Daniel K. Poling
                                        DLA Chief Trial Attorney
                                      John F. Basiak, Jr., Esq.
                                      Keith J. Feigenbaum, Esq.
                                      Kari L. Scheck, Esq.
                                        Trial Attorneys
                                        DLA Troop Support
                                        Philadelphia, PA

## ORDER OF DISMISSAL

Appellant has filed an unopposed motion to dismiss with prejudice. Accordingly, this appeal is dismissed with prejudice.

Dated: 13 June 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58088, Appeal of Public Warehousing Company K.S.C., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals